UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 07-61835-CIV-COOKE/BROWN

JOEL D. LUCOFF,

   *Plaintiff*,

v.

REGIONAL ADJUSTMENT BUREAU, INC.,

   *Defendant*.

_____/

## ORDER OF DISMISSAL

This matter is before me on Plaintiff's Notice of Voluntary Dismissal With Prejudice [D.E. 6], filed January 15, 2008. Having reviewed the Notice and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. This case is dismissed with prejudice.

2. The Clerk shall close this case.

3. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of February 2008.

*/s/ Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
Honorable Stephen T. Brown
All counsel of record